UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WALTER G.B. GORDON, | No. 10-10508 |
| Plaintiff, | District Judge John Feikens |
| v. | Magistrate Judge R. Steven Whalen |
| THE HOME LONE CENTER, LLC, ET AL., | |
| Defendants. | / |

## ORDER

For the reasons and under the terms stated on the record on September 2, 2010, Defendants' Motion to Compel [Docket #30] is GRANTED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 2, 2010.

S/G. Wilson
Judicial Assistant